**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

| | |
|---|---|
| Kate L., et al. | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−09120 |
| | Honorable Sara L. Ellis |
| Health Care Service Corporation d/b/a Blue Cross Blue Shield of Illinois, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 25, 2026:

    MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion for entry of a confidentiality order [27]. No appearance required on 2/26/2026. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.