**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KATE L., and V.L.,<br><br>     Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION,<br>d/b/a BLUE CROSS and BLUE SHIELD of<br>ILLINOIS,<br><br>     Defendants. | )<br>) Case No. 1:25-cv-09120<br>)<br>) Honorable Sara L. Ellis<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that effective May 29, 2026, Taylor A. Marcusson hereby moves to withdraw her appearance as counsel for Defendant in the above referenced captioned action, and requests removal from electronic case notification. She is no longer employed at Crowell & Moring LLP. Defendant will continue to be represented by counsel Rebecca R. Hanson and Martin J. Bishop at Crowell & Moring LLP.

Dated: May 29, 2026

Respectfully submitted,
*/s/ Taylor A. Marcusson*
Taylor A. Marcusson

Crowell & Moring LLP
300 N. LaSalle Drive
Chicago, IL 60611
Tel: (312) 321-1000
Email: tmarcusson@crowell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, a true copy of the foregoing Notice of Withdrawal of Counsel was filed using the Court's ECF system.

Dated: May 29, 2026                                    /s/ Taylor A. Marcusson
                                                       Taylor A. Marcusson