**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kate L., et al.

                                                              Plaintiff,

v.                                                            Case No.:
                                                              1:25−cv−09120
                                                              Honorable Sara L.
                                                              Ellis

Health Care Service Corporation d/b/a Blue Cross
Blue Shield of Illinois, et al.

                                                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Sara L. Ellis: Motion to withdraw as attorney
[38] is granted. Attorney Taylor Alexandra Marcusson terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.